| | | | | |
|---|---|---|---|---|
| DATE | March 29, 2017 | CASE NUMBER | 1:16-cr-91-4(RC) | |
| LOCATION OF HRG | BEAUMONT | USA | Chris Rapp | Assigned |
| JUDGE | ZACK HAWTHORN | VS | Chris Rapp | Appeared |
| DEPUTY CLERK | Tonya Piper | JUAN RINCON VELASQUEZ | | |
| RPTR/ECRO | Tonya Piper (FTR) | | Defendant | |
| USPO | Mark Goforth | MARK BENNETT | | |
| INTERPRETER | Matias Pizario | | Attorney | |
| BEGIN | 3:36 pm | | | |

✔ Interpreter Sworn        **CONTINUED DETENTION HEARING**
✔ (Detention Hearing)
✔ Hearing held    ☐ Hearing called
☐ Indictment        ☐ Information        ☐ 2nd SS Indictment
☐ Information (felony)   ☐ Information (misdemeanor)   ☐ Information (sealed)
☐ Indictment unsealed   ☐ Information Unsealed
✔ Dft appears ✔ with    ☐ without    counsel;    ☐ Dft appears pro se;    ☐ Counsel appears on behalf of dft.

Parties announced ready to proceed.    Court announced ruling on the record.    Court denied the detention motion and set conditions of release and bond.    The defendant will stay in custody until all of the conditions are met.    Deft remanded to USM custody.

☐ Order of Temporary Detention
✔ Dft bond    ✔ set    ☐ reset to $ 100,000 with $10,000 cash deposit    ☐ cash    ☐ surety    ☐ 10 %    ☐ PR    ☐ unsecured
☐ Dft remained released on conditions of release
✔ Order setting conditions of release        ☐ Bond executed, deft released;
☐ Entered Order of Detention            ☐ Temp Detention Pndg Hearing
✔ Dft remanded to custody of U.S. Marshal;    ☐ Dft agreed to detention at this time.
☐ Dft failed to appear, oral order for arrest warrant;    ☐ bond forfeited    ☐ bench warrant issued
☐ Government Oral Motion _____    ☐ Oral Court Order _____
☐ Defendant Oral Motion _____    ☐ Oral Court Order _____
✔ Exhibit List        ✔ Witness List

✔ Minutes Filed

4:08 pm    Adjourned
32 minutes    Total Court Time